UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTONIUS L. JONES | CIVIL ACTION |
| VERSUS | |
| JEANIE E. LOUQUE | NO.:14-00614-BAJ-RLB |

## RULING AND ORDER

On June 2, 2015, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that the instant action filed by Plaintiff Antonius L. Jones ("Plaintiff") be dismissed, without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure due to Plaintiff's failure to effect timely service upon Defendant Jeanie E. Louque. (Doc. 7).

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 7 at p. 1). A review of the record indicates that Plaintiff has not filed any objections to date.

Having carefully considered the Plaintiff's complaint and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 7)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above-captioned action be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Baton Rouge, Louisiana, this 2nd day of July, 2015.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA